UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
TRAVELERS PROPERTY CASUALTY          :
COMPANY OF AMERICA,                              :
                                                                        :
                          Plaintiff,                         :
                                                                        :      21-CV-10857 (VSB)
              -against-                                      :
                                                                        :      **ORDER**
KUEHNE + NAGEL INC. d/b/a BLUE          :
ANCHOR AMERICA LINE,                         :
                                                                        :
                          Defendants.                   :
                                                                        :
------------------------------------------------------------X
                                                                        :
KUEHNE + NAGEL INC. d/b/a BLUE          :
ANCHOR AMERICA LINE,                         :
                                                                        :
                          Third-Party                   :
                          Plaintiff,                         :
                                                                        :
              - against -                                   :
                                                                        :
MSC MEDITERRANEAN SHIPPING       :
COMPANY S.A.,                                         :
                                                                       X
                          Third-Party
                          Defendant.
------------------------------------------------------------

VERNON S. BRODERICK, United States District Judge:

  It has been reported to the Court that the parties in this case have reached a settlement agreement.  Accordingly, it is hereby:

  ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: July 29, 2022
      New York, New York

                                         Vernon S. Broderick
                                         United States District Judge